# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Susan Lams, | No. CV 09-00893-PHX-FJM |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| | **WITH PREJUDICE** |
| Client Services, Inc., | |
| Defendant. | *(Assigned to The Honorable Frederick J. Martone)* |

Pursuant to the foregoing stipulation of counsel for Plaintiff and counsel for Defendant;

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause is hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 11th day of August, 2009.

_____
Frederick J. Martone
United States District Judge

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853